**No. 42385.**—Protest 548179–G of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel photo frames, boxes, flacons, lamps, atomizers, bottles, candlesticks, trays, and atomizers and droppers chiefly used in the household composed of metal plated with silver were held dutiable at 40 percent under paragraph 339. *United·States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice* v. *United States* (T. D. 49373), and Abstract 39456 cited. On the authority of Abstract 8950 brushes were held dutiable at 45 percent under paragraph 1407 and mirrors at 50 percent under paragraph 230.

**No. 42386.**—Protests 547777–G, etc., of Heinrich Herrmann & Weiss (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel cups, bottle openers, corkscrews, desk pads, and bookends were held dutiable as household utensils, and hollow bottles, tooth brush holders, and flasks as hollow ware at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Viking Trading Co.* v. *United States* (C. D. 132) cited.

**No. 42387.**—Protest 547052–G of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, flacons, lamps, bottles, trays, bookends, and atomizers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 42388.**—Protests 538908–G, etc., of I. Florsheim et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel, corkscrews, match stands, desk pads, letter openers, match holders, bottle openers, stirrers, calendars, match boxes, cup sets, photo frames, jars, cups, boxes, lamps, pincushions, and corks chiefly used on the table or in the household and hollow flasks were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), Abstract 34153. and *Viking Trading Co.* v. *United States* (C. D. 132) cited.